NEFF, Appellant, v. MACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Mell A. Neff against Norman· E. Mack. No opinion. Motion to place case on day calendar and preclude respondent· from being heard on the argument denied, upon condition that respondent be ready for argument at opening of January term and pay to appellant's attorney $10.

———

NESTERUK, Respondent, v. WITKIN, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Theodore Nesteruk, as administrator, against Harris Witkin. B. Gordon, of New York City, for appellant. A. B. Greenberg, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

NEUMANN, Respondent, v. HUDSON COUNTY CONSUMERS' BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Frank Neumann, as administrator, etc., of Frieda Neumann, deceased, against the Hudson County Consumers' Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 159 App. Div. 921, 144 N. Y. Supp. 1132; 150 N. Y. Supp 1099.

———

NEUMANN, Respondent, v. HUDSON COUNTY CONSUMERS' BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Frank Neumann, as administrator, etc., against the Hudson County Consumers' Brewing Company. No opinion. Motion for reargument (of 150 N. Y. Supp. 1099) or for leave to appeal to the Court of Appeals denied. Stay of execution granted for 10 days.

———

NEW JERSEY CLAY PRODUCTS CO. v. JOHN H. PARKER CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the New Jersey Clay Products Company against the John H. Parker Company. No opinion. Application denied, with $10 costs. Order signed.

———

NEW YORK CENT. & H. R. R. CO., Respondent, v. SWEETING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by the New York Central & Hudson River Railroad Company against Lillian Sweeting and another. No opinion. Judgment and orders affirmed, with costs. See, also, 162 App. Div. 931, 147 N. Y. Supp. 1129.

———

NEW YORK CITY ADVERTISING CO., Respondent, v. MORRIS PARK ESTATES, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by the New York City Advertising Company against the Morris Park Estates. Sulli-

van & Cromwell, of New York City, for appellant. Epstein, T. & G., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

NEW YORK CONSOLIDATED R. CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by the New York Consolidated Railroad Company against the City of New York.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that it does not affirmatively appear that an examination of an account is involved.

RICH, J., dissents.

———

NICHOLSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Eugenie H. Nicholson, administratrix, etc., of Charles Nicholson, deceased, against the City of New York.

PER CURIAM. The circumstances of plaintiff's alighting with other passengers from the street car at a point of transfer, and following his fellow passengers toward the curb, showed no negligence. He was struck in the back by defendant's ash cart approaching from the rear. The deceased being free from contributory negligence, the question of burden of proof on that issue was merely academic. After having a full, clear, and correct charge as to the duties of an alighting passenger, the jury could not fail to apply the right rule to the intestate's conduct. Judgment and order (85 Misc. Rep. 563, 147 N. Y. Supp. 779) unanimously affirmed, with costs. See, also, 150 N. Y. Supp. 1099.

———

NICHOLSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Eugenie H. Nicholson, administratrix, etc., of the estate of Charles Nicholson, deceased, against the City of New York. No opinion. Motion for stay granted (150 N. Y. Supp. 1099), provided the motion for reargument or for leave to appeal to the Court of Appeals is promptly brought to a hearing.

———

NIES, Appellant, v. BROOKLYN UNION ELEVATED R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Mildred A. Nies, an infant, by Bertha Nies, her guardian ad litem, against the Brooklyn Union Elevated Railroad Company.

PER CURIAM. Judgment unanimously affirmed, with costs.

PUTNAM, J., took no part.

———

NOBLE et al. v. POWELL et al. (Supreme Court, Appellate Division, Second Department November 20, 1914.) Action by James A. Noble and others against Grant Powell and others. No opinion. Motion denied, without costs.